**Davis Polk**

James P. Rouhandeh
+1 212 450 4835
rouhandeh@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/23/2025_____

July 21, 2025

Re: *Lunstrum v. Centene Corp., et al.*, 1:25-cv-5659

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Carter:

We represent Centene Corp. ("Centene"), Sarah M. London, and Andrew Lynn Asher (collectively, "Defendants") in the above-referenced action.  Pursuant to Rule 1(D) of the Court's Individual Practices, we write to request an extension of time for our clients to answer or otherwise respond to the putative class action complaint (the "Complaint") (ECF No. 1) as described below.

On July 9, 2025, Plaintiff commenced this case by filing the Complaint.  On July 17, 2025, Plaintiff sent Defendants requests to waive the service of the summons and complaint.  Defendants waived service of the summons and Complaint, and their deadline to answer or otherwise respond to the Complaint is currently September 15, 2025 under Federal Rule of Civil Procedure 4(d)(3).

This case is a putative class action, and the Complaint asserts federal securities claims that are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* 15 U.S.C. § 78u-4 *et seq.*  The PSLRA provides putative members of the class an opportunity to file motions to serve as lead plaintiff and lead counsel of the purported class within sixty days of notice of the action being published.  *See* 15 U.S.C. §78u-4(a)(3).  The deadline to file an application to serve as lead plaintiff and lead counsel is September 8, 2025.  Because the party appointed as lead plaintiff may wish to file a consolidated or amended complaint, which would supersede the Complaint, Defendants respectfully request an adjournment of any deadline to answer or otherwise respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel.

Subject to the Court's approval, Plaintiff and Defendants have agreed that within fourteen days after the entry of an order by the Court appointing a lead plaintiff and lead counsel, counsel for Defendants will meet and confer with lead counsel regarding a proposed schedule for the filing of any consolidated or amended complaint and for moving to dismiss (or otherwise responding to) the operative complaint.  This agreement is subject to Defendants' express reservation of all rights, defenses or other objections (other than insufficient service of process), and without prejudice to any party seeking further extensions from the Court.

This is the first request to the Court by Defendants for an extension of time to answer or otherwise respond to the Complaint.  Plaintiff agrees to the requested extension, which does not affect any other scheduled dates.

**Davis Polk**    The Honorable Andrew L. Carter, Jr.

In light of the foregoing, we respectfully request that the Court grant this letter motion to extend the time for Defendants to answer or otherwise respond to the Complaint as set forth above.

Respectfully submitted,

/s/ James P. Rouhandeh

James P. Rouhandeh

cc:    All counsel of record

**Via Electronic Filing**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 23, 2025