**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BROCK LUNSTRUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, SARAH M. LONDON, and ANDREW LYNN ASHER,<br><br>Defendants. | Case No.: 1:25-cv-05659-ALC<br><br>Hon. Andrew L. Carter, Jr. |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOHAMMAD ALI AHMADI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Mohammad Ali Ahmadi ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Centene Corporation ("Centene" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Centene securities;

**Exhibit C**:    Press Release published July 9, 2025, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Lunstrum v. Centene Corporation, et. al.,* Case No. 1:25-cv-05659-ALC;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 8, 2025                          Respectfully Submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        By: */s/ Adam M. Apton*
                                        Adam M. Apton (AS-8383)
                                        33 Whitehall Street, 27th Floor
                                        New York, NY 10004
                                        Tel: (212) 363-7500
                                        Fax: (212) 363-7171
                                        Email: aapton@zlk.com

                                        *Lead Counsel for Mohammad Ali Ahmadi*
                                        *and [Proposed] Lead Counsel for the Class*

2