# EXHIBIT A

## Certification of Plaintiff Pursuant to Federal Securities Laws

I, Mohammad Ali Ahmadi, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Centene Corporation which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date: 08/21/2025

Name: Mohammad Ali Ahmadi

Signature:

| Case Name | Centene Corporation |
|---|---|
| Ticker | CNC |
| Class Period | 12-12-2024 to 06-30-2025 |

| Client Name |
|---|
| Mohammad Ali Ahmadi |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-13-2025 | P | 3000 | $ 59.4000 |