# EXHIBIT B

| Client Name | Mohammad Ali Ahmadi |
|---|---|
| Company Name | Centene Corporation |
| Ticker Symbol | CNC |
| Security Type | |
| Class Period Start | 12/12/2024 |
| Class Period End | 6/30/2025 |
| 90-DAY Lookback Period Start | 7/1/2025 |
| 90-DAY Lookback Period End | 9/5/2025 |
| 90-DAY Lookback Average | $ 29.23 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $90,501.70 |
| DURA LIFO* Total | $90,501.70 |
| Gross Shares Purchased | 3,000 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $178,200.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-13-2025 | 3000 | 59.4 | $ 178,200.00 | | | | | | - | 3000 | 3000 | $ 29.23 | $ 87,698.30 | $ 90,501.70 | $ 90,501.70 |
| Total: | 3,000 | | $178,200.00 | | | | | | | 3,000 | 3,000 | | $87,698.30 | $90,501.70 | $90,501.70 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.