# Exhibit 1



**Source:** *Levi & Korsinsky, LLP*

*July 09, 2025 14:52 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Centene Corporation Securities and Sets a Lead Plaintiff Deadline of September 8, 2025

NEW YORK, July 09, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Centene Corporation ("Centene" or the "Company") (NYSE: CNC) between December 12, 2024 to June 30, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Brock Lunstrum v. Centene Corporation, et al.* (Case No. 1:25-cv-05659) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

[https://zlk.com/pslra-1/centene-corporation-lawsuit-submission-form](https://zlk.com/pslra-1/centene-corporation-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and/or misleading statements and/or concealing material adverse facts concerning the true state of Centene's enrollment and morbidity rates. Investors began to question the veracity of defendants' public statements on July 1, 2025, when Centene issued a press release withdrawing 2025 guidance. Particularly, following an analysis of the 2025 Health Insurance Marketplace, Centene's overall market growth across 22 states, or 72% of the Company's marketplace membership, was lower than expected. In pertinent part, the Company stated that this preliminary analysis resulted in a reduction of its previously issued guidance to approximately $1.8 billion or an adjusted diluted EPS of $2.75.

Following this news, Centene's common stock declined dramatically, from a closing market price of $56.65 per share on July 1, 2025, Centene's stock price fell to $33.78 per share on July 2, 2025, a decline of 40.4%.

**If you suffered a loss in CNC securities, you have until September 8, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com