# Exhibit 3

**Centene Corporation Loss Chart**
**Class Period: December 12, 2024 through June 30, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Equities Loss/Gain | Total Loss/Gain | Lookback Price $29.24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ketan Gandhi** | 6/30/2025 | 170 | ($53.41) | ($9,079.70) | | | | | | | | | |
| | 6/30/2025 | 111 | ($53.36) | ($5,922.96) | | | | | | | | | |
| | | 281 | | ($15,002.66) | | | | | 281 | $8,216.44 | ($6,786.22) | ($6,786.22) | |