UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROCK LUNSTRUM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CENTENE CORPORATION, SARAH M. LONDON, and ANDREW LYNN ASHER,<br><br>                Defendants. | Case No. 1:25-cv-05659-ALC<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF MICHAEL LEHIANI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Javier Bleichmar, declare as follows:

1. I am a member in good standing of the bar of the State of New York and of this Court. I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"). I submit this declaration in support of the Motion filed by Michael Lehiani for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Declaration of Mr. Lehiani; |
| EXHIBIT B: | Notice of pendency of *Lunstrum v. Centene Corporation, et al.*, No. 1:25-cv-05659-ALC (S.D.N.Y.) published on July 9, 2025; |
| EXHIBIT C: | Certification of Mr. Lehiani; |
| EXHIBIT D: | Chart reflecting financial interest of Mr. Lehiani prepared by BFA; and |
| EXHIBIT E: | Firm Resume of BFA. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of September 2025.

                                                           */s/ Javier Bleichmar*
                                                         Javier Bleichmar