# EXHIBIT D

Financial Interest Analysis for Michael Lehiani
Class Period: December 12, 2024 - June 30, 2025

**FIFO/LIFO - Centene Corp.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/12/2024 | 0.0000 | | |
| Purchase | 6/5/2025 | 16,300.0000 | $54.9400 | ($895,522.00) |
| Purchase | 6/27/2025 | 9,300.0000 | $53.7500 | ($499,875.00) |
| *Total Class Period Purchases* | | **25,600.0000** | | **($1,395,397.00)** |
| Retained Shares [1] | | 25,600.0000 | $28.6972 | $734,647.65 |
| | | | **FIFO/LIFO Gain/(Loss):** | **($660,749.35)** |

[1] *Retained shares are valued at the average price from July 2, 2025 to September 8, 2025.*