UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROCK LUNSTRUM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CENTENE CORPORATION, SARAH M. LONDON, and ANDREW LYNN ASHER, <br><br> Defendants. | Case No.  1:25-cv-05659-ALC [rel. 1:25-cv-06297-ALC; 1:25-cv-06737-ALC] |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF TREVOR NIELSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Trevor Nielson ("Nielson"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Nielson's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Nielson's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on July 9, 2025, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Nielson;

Exhibit D:    Declaration executed by Nielson; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 8, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1