# EXHIBIT A

**Centene Corporation (CNC)**
**Class Period: December 12, 2024 to June 30, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 67-Days* Mean Price $29.2330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | |
| Trevor Nielson | 6/20/2025 | 123 | $54.7700 | ($6,737) | | 0 | | $0 | 123 | $3,596 | ($3,141) |
| **Account 2** | | | | | | | | | | | |
| Trevor Nielson | 6/20/2025 | 380 | $54.7580 | ($20,808) | | 0 | | $0 | 380 | $11,109 | ($9,700) |
| **Trevor Nielson** | | **503** | | **($27,545)** | | **0** | | **$0** | **503** | **$14,704** | **($12,841)** |

*Avg Closing Prices from July 1, 2025 to September 5, 2025