# EXHIBIT B



Newsroom

Services

Contact Us

*Sign In*     Register

English ⌄



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Centene Corporation Securities and Sets a Lead Plaintiff Deadline of September 8, 2025

July 09, 2025 14:52 ET | Source: Levi & Korsinsky, LLP

Follow

Company Profile

**Levi & Korsinsky, LLP**

Industry: Specialized Consumer Services

Website:

https://zlk.com

Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

Share









NEW YORK, July 09, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Centene Corporation ("Centene" or the "Company") (NYSE: CNC) between December 12, 2024 to June 30, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Brock Lunstrum v. Centene Corporation, et al.* (Case No. 1:25-cv-05659) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/centene-corporation-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**



Newsroom

Services

Contact Us

Sign In    Register

public statements on July 1, 2025, when Centene issued a press release withdrawing 2025 guidance. Particularly, following an analysis of the 2025 Health Insurance Marketplace, Centene's overall market growth across 22 states, or 72% of the Company's marketplace membership, was lower than expected. In pertinent part, the Company stated that this preliminary analysis resulted in a reduction of its previously issued guidance to approximately $1.8 billion or an adjusted diluted EPS of $2.75.

Following this news, Centene's common stock declined dramatically, from a closing market price of $56.65 per share on July 1, 2025, Centene's stock price fell to $33.78 per share on July 2, 2025, a decline of 40.4%.

**If you suffered a loss in CNC securities, you have until September 8, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

CONTACT:

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com