**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BROCK LUNSTRUM, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

CENTENE CORPORATION, SARAH M.
LONDON, and ANDREW LYNN ASHER,

      Defendants.

Case No.: 1:25-cv-05659-ALC

Hon. Andrew L. Carter, Jr.

## NOTICE OF NON-OPPOSITION OF MOHAMMAD ALI AHMADI TO COMPETING LEAD PLAINTIFF MOTIONS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mohammad Ali Ahmadi ("Movant") respectfully does not oppose the competing motions for appointment as lead plaintiff and approval of selection of counsel in the above-captioned action (the "Action"). On September 8, 2025, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that he suffered approximately $90,501.70 in financial losses in connection with his purchase of Centene Corporation ("Centene" or the "Company") securities between December 12, 2024 to June 30, 2025, inclusive (the "Class Period"). Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears

that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated: September 11, 2025                          Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Mohammad Ali Ahmadi*

2