UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BROCK LUNSTRUM, Individually and on       :
Behalf of All Others Similarly Situated,       :        1:25-cv-05659-ALC (ALC)
                                                                    :
                                          Plaintiff,       :        ORDER APPOINTING MICHAEL
                                                                    :        LEHIANI AS LEAD PLAINTIFF,
          -against-                                        :        APPROVING HIS SELECTION OF
                                                                    :        LEAD COUNSEL, AND ORDERING
CONTENE CORPORATION, et al,              :        JOINT STATUS REPORT
                                                                    :
                                       Defendants.       :
-------------------------------------------------------------x
ANDREW L. CARTER, JR., United States District Judge:

Pending before the Court are three separate motions for appointment as Lead Plaintiff and approval of Lead Counsel. *See* ECF Nos. 19, 25, 28. A fourth motion for appointment as Lead Plaintiff and approval of Lead Counsel was filed but has since been withdrawn. *See* ECF Nos. 23, 32. Movants Mohammad Ali Ahmadi and Trevor Nielson each filed notices of non-opposition to competing motions for appointment as Lead Plaintiff and approval of Lead Counsel. *See* ECF Nos. 33, 35. On September 22, 2025, Movant Michael Lehiani filed a reply brief indicating that his motion is resultantly unopposed. *See* ECF No. 36. Defendants have not opposed Movant Michael Lehiani's motion.

The Court reviews these motions under the presumption that the "most adequate plaintiff" is the movant that has "the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23." 15 U.S.C. § 78u 4(a)(3)(B)(iii)(I). "The most adequate plaintiff shall, subject to the approval of the court, select and retain counsel to represent the class." 15 U.S.C. § 78u-4(a)(3)(B)(v). Upon consideration of these facts and all other pleadings and arguments submitted to this Court; and for good cause shown;

     **IT IS HEREBY ORDERED THAT:**

1.        Movant Mohammad Ali Ahmadi's motion is **DENIED.**

2.        Movant Trevor Nielson's motion is **DENIED.**

3.        Movant Michael Lehiani's motion is **GRANTED.**

4.        Movant Michael Lehiani is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to Paragraph 6 of this Order.

5.        Movant Michael Lehiani's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

6.        The parties are **FURTHER ORDERED** to submit a joint status report by Thursday, August 25, 2026, regarding Plaintiffs' intent to amend the complaint, Defendants' anticipated response to the operative Complaint, outlining a proposed briefing schedule, if any

The Clerk of Court is respectfully directed to terminate ECF Nos. 19, 25, and 28.

**IT IS SO ORDERED.**

Dated: August 11, 2026
    **New York, New York**

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2