**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL LEHIANI, Individually, and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, SARAH M. LONDON, and ANDREW LYNN ASHER,<br><br>Defendants. | Case No. 1:25-cv-05659<br><br>STIPULATION AND ORDER |

WHEREAS, on July 9, 2025, this putative securities class action was filed (ECF 1);

WHEREAS, on July 23, 2025, this Court entered an Order (ECF 15) (the "July 2025 Order") granting the letter-motion of Centene Corporation, Sarah M. London, and Andrew Lynn Asher (collectively, "Defendants") for "an adjournment of any deadline to answer or otherwise respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel";

WHEREAS, on August 11, 2026, this Court appointed Michael Lehiani ("Lead Plaintiff") as lead plaintiff and approved Lead Plaintiff's selection of counsel (ECF 38) (the "August 2026 Order");

WHEREAS, the August 2026 Order also directed the parties to "submit a joint status report by Thursday, August 25, 2026, regarding Lead Plaintiff's intent to amend the complaint, Defendants' anticipated response to the operative Complaint, outlining a proposed briefing schedule, if any";

WHEREAS, Lead Plaintiff intends to file an amended complaint, and Defendants anticipate moving to dismiss that amended complaint;

WHEREAS, pursuant to the Court's July 2025 and August 2026 Orders, Lead Plaintiff and Defendants have contemporaneously filed with this Stipulation and Proposed Order a joint letter proposing a schedule for filing an amended complaint and briefing a motion to dismiss consistent with the below;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, subject to the Court's approval, as follows:

1. Lead Plaintiff's amended complaint is due on or before November 3, 2026.

2. Pursuant to Rule 2 of the Court's Individual Practices, Defendants will file a letter requesting a pre-motion conference in connection with their anticipated motion to dismiss the amended complaint on or before January 15, 2027.

3. Pursuant to Rule 2 of the Court's Individual Practices, Lead Plaintiff will file a response to Defendants' pre-motion conference letter on or before January 20, 2027.

4. Defendants' motion to dismiss the amended complaint will be due 5 days from the date of the pre-motion conference or the date of the Court's order declining to hold a pre-motion conference; Lead Plaintiff's opposition will be due 77 days after Defendants' motion to dismiss is filed; and Defendants' reply will be due 40 days after Lead Plaintiff's opposition is filed.

Dated: August 25, 2026

BLEICHMAR FONTI & AULD LLP

*/s/ Joseph A. Fonti*

Joseph A. Fonti
Evan A. Kubota
Thayne Stoddard
Thomas F. Allen
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com
tallen@bfalaw.com

-and-

Adam C. McCall (*pro hac vice* pending)
15301 Ventura Boulevard, Suite U1
Sherman Oaks, California 91403
Telephone: (415) 445-4003
Facsimile: (212) 205-3960
amccall@bfalaw.com

*Lead Counsel for Lead Plaintiff and the Class*

DAVIS POLK & WARDWELL LLP

*/s/ James P. Rouhandeh*

James P. Rouhandeh
Antonio J. Perez-Marques
Patrick W. Blakemore
Marie Killmond
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
patrick.blakemore@davispolk.com
marie.killmond@davispolk.com

*Counsel for Defendants*

IT IS SO ORDERED.

DATED September 1, 2026

THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE