**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **BROCK LUNSTRUM, Individually and on Behalf of All Others Similarly Situated,** | : | **1:25-cv-05659-ALC (ALC)** |
| **Plaintiff,** | : | **ORDER** |
| **-against-** | : | |
| **CONTENE CORPORATION, et al,** | : | |
| **Defendants.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Order dated August 11, 2026, granted Michael Lehiani's Motion to Serve as Lead Plaintiff and denied the remaining Movants' Motions. ECF No. 38. Based upon that Order, Movant Ketan Gandhi's Motion is **DENIED**. The Clerk of Court is respectfully directed to terminate ECF No. 23.

**IT IS SO ORDERED.**

Dated: September 28, 2026
**New York, New York**

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE